

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of A.M. and A.M., children,   * From the 91st District Court
of Eastland County,
Trial Court No. CV1644120.

No. 11-17-00268-CV   * April 5, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, we dismiss the appeal as to the mother, and we affirm the trial court's order of termination.